[No. 16335–3–I.   Division One.   August 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
KENNETH HARTLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 84–1–01199–4, Frank L. Sullivan, J., entered April 16, 1985. *Remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.